IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL R. SMITH,

    Petitioner,

v.                                               No. 02-20380-B/V

UNITED STATES OF AMERICA,

## ORDER OF REFERENCE

Before the court is Michael R. Smith's Application for Bail Pending Resolution of Pending Appeal Pursuant to F.R.A.P. rule 9(A) Title 18 U.S.C. § 3143(B) filed on April 28, 2005.

This petition is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

IT IS SO ORDERED this 4th day of May, 2005.

                                                J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 308 in case 2:02-CR-20380 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT