IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 MAY 16  PM 3:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 02-20380-BV |
| ) | |
| MICHAEL R. SMITH, ) | |
| Reg. No. 18586-076, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

WARDEN, USP, POLLOCK, LA

A hearing on defendant's pro se motion for bond pending appeal has been set in the above-styled case and it is necessary to have Michael R. Smith, Reg. No. 18586-076, now being detained in the USP, Pollock, Louisiana, appear before Magistrate Judge Diane K. Vescovo on Thursday, June 16, 2005, at 2:00 p.m. for the hearing.

YOU ARE HEREBY DIRECTED to have Michael R. Smith appear before Magistrate Judge Diane K. Vescovo at the date and time aforementioned.

ENTERED this 16th day of May, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 310 in case 2:02-CR-20380 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT